In the Matter of the Appraisal of the Estate of TIMOTHY B. BLACKSTONE, Deceased, under the Transfer Tax Act.

ISABELLA F. BLACKSTONE, Individually and as Executrix, Appellant; THE COMPTROLLER OF THE CITY OF NEW YORK et al., Respondents.

*Matter of Blackstone*, 69 App. Div. 127, affirmed.
(Argued June 9, 1902; decided June 24, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March

1, 1902, which reversed an order of the New York County Surrogate's Court declaring certain property belonging to the estate of Timothy B. Blackstone, deceased, exempt from a transfer tax.

Also motions to correct return on and to dismiss said appeal.

*Edward W. Sheldon* for appellant.

*Julius Offenbach* and *Thomas Penney* for respondents.

Order affirmed, with costs, on the ground that this case is controlled by *Matter of Houdayer* (150 N. Y. 37). Motions to dismiss appeal and to correct record denied, without costs; no opinion.

Concur: PARKER, Ch. J., GRAY, HAIGHT, VANN, CULLEN and WERNER, JJ. Dissenting: O'BRIEN, J.